# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

The CIT Group/Equipment Financing, Inc.
v.
B.E.S.C.R., Inc., an Illinois corporation,
Elizabeth M. Eastwood, Steven H. Artstein

Case Number:
FILED COPY: MAY 23, 2008
08CV3020   EDA
JUDGE ST. EVE
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The CIT Group/Equipment Financing, Inc.

| | |
|---|---|
| NAME (Type or print) Agata P. Karpowicz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Agata P. Karpowicz | |
| FIRM Mandell Menkes LLC | |
| STREET ADDRESS 333 W. Wacker Drive, Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6280323 | TELEPHONE NUMBER 312-251-1000/312-759-3472 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |