### *United States District Court for the Northern District of Illinois*

Case Number:  08CV3020                    Assigned/Issued By:  J. N.

Judge Name:  ST. EVE                       Designated Magistrate Judge:  COX

---

## FEE INFORMATION

***Amount Due:***    ☑ $350.00    ☐ $39.00    ☐ $5.00

                     ☐ IFP        ☐ No Fee    ☐ Other _____

                     ☐ $455.00

Number of Service Copies _____    Date: _____

#### (For Use by Fiscal Department Only)

Amount Paid: 350 _____    Receipt #: 2802418 _____

Date Payment Rec'd: 5/23/08 _____    Fiscal Clerk:  J. N. _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

3 Original and 0 _____ copies on 5/23/08 _____ as to ALL DEFENDANTS
                                        (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05