UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

THE CIT GROUP/EQUIPMENT FINANCING, INC.

PLAINTIFF(S)

Case No.
08CV3020

vs.

B.E.S.C.R., INC., ET AL.

DEFENDANT(S)

SERVICE DOCUMENTS:
SUMMONS & AMENDED COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 09, 2008**, at **5:00 PM**, I served the above described documents upon **ELIZABETH M. EASTWOOD** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **ELIZABETH EASTWOOD**.

Said service was effected at **2337 WYCKWOOD DRIVE, AURORA, IL 60506**.

**DESCRIPTION:**   Gender: **F**   Race: **WHITE**   Age: **49**   Hgt: **5'8"**   Wgt: **155**   Hair: **BROWN**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*Craig Palmer* (signature)

Craig Palmer, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 531
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 10th day of June, 2008

*Joan C. Harenberg* (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Mandell Menkes LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38887

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The CIT Group/Equipment Financing, Inc., a
Delaware corporation, Plaintiff,

V.

B.E.S.C.R., Inc., an Illinois corporation,
Elizabeth M. Eastwood, Steven H. Artstein,
Defendants.

CASE NUMBER: 08CV3020   EDA
JUDGE ST. EVE
MAGISTRATE JUDGE COX

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Elizabeth M. Eastwood
2337 Wyckwood Drive
Aurora, Illinois 60506

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Agata P. Karpowicz
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
-------------------------------
(By) DEPUTY CLERK

May 23, 2008
-------------------------------
Date

