UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

THE CIT GROUP/EQUIPMENT FINANCING, INC.

PLAINTIFF(S)

Case No.
08CV3020

vs.

B.E.S.C.R., INC., ET AL.

DEFENDANT(S)

SERVICE DOCUMENTS:
SUMMONS & AMENDED COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 11, 2008**, at **2:10 PM**, I served the above described documents upon **STEVEN H. ARTSTEIN** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **LEANNE ARTSTEIN / SPOUSE**.

Said service was effected at **915 HUCKLEBERRY LANE, NORTHBROOK, IL 60062**.

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **50**  Hgt: **5'4"**  Wgt: **115**  Hair: **BROWN**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

Ryan Flaska, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 531
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 11th day of June, 2008

Joan C. Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Mandell Menkes LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38886

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

The CIT Group/Equipment Financing, Inc., a Delaware corporation, Plaintiff,

V.

B.E.S.C.R., Inc., an Illinois corporation, Elizabeth M. Eastwood, Steven H. Artstein, Defendants.

CASE NUMBER: 08CV3020 EDA

ASSIGNED JUDGE: JUDGE ST. EVE
MAGISTRATE JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Steven H. Artstein
915 Huckleberry Lane
Northbrook, Illinois 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Agata P. Karpowicz
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
-----------------------------
(By) DEPUTY CLERK



May 23, 2008
-----------------------------
Date