**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| The CIT Group/Equipment Financing, Inc., ) <br> a Delaware corporation, ) <br>                     ) <br>         Plaintiff,       ) <br>                     ) <br> v.                  ) <br>                     ) <br> B.E.S.C.R., Inc., an Illinois corporation, ) <br> Elizabeth M. Eastwood, Steven H. Artstein, ) <br>                     ) <br>         Defendants.    ) | | Case Number: 2008 C 3020 <br><br> Assigned Judge: Honorable Amy J. St. Eve <br><br> Designated Magistrate Judge: Honorable <br> Susan E. Cox |

**INITIAL STATUS REPORT**

Plaintiff, The CIT Group/Equipment Financing, Inc. ("CIT"), pursuant to Fed. R. Civ. P. 26(f), hereby submits its Initial Status Report, and in support thereof states as follows:

1. **The Nature of the Case**

    A.    Status of Service of Process:

    Defendant B.E.S.C.R., Inc. was served with the Summons and Amended Complaint on June 9, 2008. B.E.S.C.R., Inc.'s responsive pleading to the Amended Complaint is due June 30, 2008.

    Defendant Elizabeth M. Eastwood was served with the Summons and Amended Complaint on June 9, 2008. Eastwood's responsive pleading to the Amended Complaint is due June 30, 2008.

    Defendant Steven H. Artstein was served with the Summons and Amended Complaint on June 11, 2008. Artstein's responsive pleading to the Amended Complaint is due July 1, 2008.

    B.    Identity of the attorneys of record for each party, including the lead trial attorney:

1

#170744

Attorneys of record for the plaintiff are Bruce N. Menkes and Agata P. Karpowicz. The lead trial attorney on behalf of the plaintiff will be Agata P. Karpowicz under the supervision of Bruce N. Menkes.

To date, no attorneys have appeared on behalf of any of the defendants.

C.   Basis for federal jurisdiction:

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity among the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

Plaintiff, CIT, is a Delaware corporation with its principal place of business in New Jersey. Defendant, B.E.S.C.R., is an Illinois corporation with its principal place of business in Illinois. Defendant, Eastwood, is a citizen of Illinois. Defendant, Artstein, is a citizen of Illinois.

Plaintiff seeks to recover $143,906.46 for lost rent and other expenses in Count I together with late charges, fees, and other expenses accrued through the date of judgment. In Count II plaintiff is seeking a judgment in the sum of $122,304.00, which represents the value of the lost equipment.

D.   The nature of the claims asserted in the complaint and counterclaims, if any:

In its Amended Complaint, plaintiff asserts a claim against the defendants for breach of a lease agreement, including a claim for loss of rent in Count I and value of the lost equipment in Count II.

To date, no counterclaims or any other responsive pleadings have been filed by defendants.

E.   Major legal and factual issues in the case:

Plaintiff is not presently aware of any.

F. Relief sought by the plaintiff:

Plaintiff is seeking an order for: (1) A judgment in the sum of $143,906.46 for loss of rent plus late charges, fees, and other expenses accrued through the date of judgment in accordance with the terms set forth in the Master Lease (defined in the Amended Complaint); (2) A judgment in the sum of $143,906.46 for the value of the lost equipment plus late charges, fees, and other expenses accrued through the date of judgment in accordance with the terms set forth in the Master Lease; (3) Costs and contractual attorneys' fees in connection with this action; and (4) Any further relief as this Court deems just and proper.

2. **Pending Motions and Case Plan**

A. All Pending Motions:

None.

B. Proposal for a discovery plan:

Plaintiff will propound discovery as soon as defendants have appeared and filed responsive pleadings to the Amended Complaint.

C. With respect to trial:

i. Plaintiff does *not* request a jury trial;

ii. The probable length of trial cannot be estimated at this time and depending upon defendants' appearance and responsive pleadings to the Amended Complaint, trial may not be necessary; and

iii. Timing as to when the case will be ready for trial cannot be estimated at this time, because it is not known whether defendants will have any affirmative defenses. Based on present pleadings, plaintiff believes the matter can be resolved on summary judgment.

3

#170744

3. **Consent to Proceed Before a Magistrate Judge.**

Plaintiff has no objection to proceeding before a magistrate judge.

4. **Status of Settlement Discussions.**

No settlement discussions have occurred between the parties because defendants have not yet appeared, filed any responsive pleadings to the Amended Complaint, or contacted plaintiff's counsel.

The CIT Group/Equipment Financing, Inc.,
a Delaware corporation, Plaintiff

/s/ Agata P. Karpowicz
By:  One of its Attorneys

Bruce Menkes (ARDC No. 6187337)
Agata P. Karpowicz (ARDC No. 6280323)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (312) 251-1000

#170744