# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

The CIT Group/Equipment Financing, Inc.

           Plaintiff,

v.                  Case No.: 1:08−cv−03020
                  Honorable Amy J. St. Eve

B.E.S.C.R., Inc., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/31/2008 and continued to 8/21/08 at 8:30 a.m. Plaintiff's oral motion for default is granted. Prove−up documents to be filed by 8/15/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.