## CERTIFICATE OF SERVICE

      I, Agata P. Karpowicz, an attorney, hereby certify that I caused a copy of the foregoing to be served on:

B.E.S.C.R., INC.
c/o Dennis L. Stachowiak, Registered Agent
144 Augusta Drive
Palos Heights, Illinois 60463

Elizabeth M. Eastwood
2337 Wyckwood Drive
Aurora, Illinois 60506

Steven H. Artstein
915 Huckleberry Lane
Northbrook, Illinois 60062

by placing copies of the same into an envelope addressed as shown above, with sufficient U.S. postage for first class mail placed thereon, and depositing the same in U.S. mail at 333 West Wacker Drive, Chicago, Illinois 60606, on or before 5:00 p.m. on August 14, 2008.

                                           /s/ Agata P. Karpowicz

Bruce Menkes (ARDC No. 6187337)
Agata P. Karpowicz (ARDC No. 6280323)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (312) 251-1000

#171504 v1