## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

The CIT Group/Equipment Financing, Inc.

                                Plaintiff,

v.                                                 Case No.: 1:08−cv−03020
                                                      Honorable Amy J. St. Eve

B.E.S.C.R., Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Based on the affidavit of Todd C. Ranson [18] and supporting documentation, judgment is entered against Defendants in the amount of $274,477.43. This amount includes $122,304.00 Casualty Value of the Equipment and $152,173.43 on the Master Lease. Judgment Order to follow. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.