## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| The CIT Group/Equipment Financing, Inc., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) Case Number: 2008 C 3020 |
| v. | ) ) Assigned Judge: Honorable Amy J. St. Eve ) |
| B.E.S.C.R., Inc., an Illinois corporation, Elizabeth M. Eastwood, Steven H. Artstein, | ) Designated Magistrate Judge: Honorable ) Susan E. Cox ) |
| Defendants. | ) |

## ORDER OF DEFAULT

This matter coming to be heard on prove-up of default judgment against Defendants B.E.S.C.R., Inc., an Illinois corporation, Elizabeth M. Eastwood, and Steven H. Artstein; due notice having been given; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1) Plaintiff's oral motion for default judgment pursuant to Fed. R. Civ. P. 55(a) against Defendants B.E.S.C.R., Inc., an Illinois corporation, Elizabeth M. Eastwood, and Steven H. Artstein was granted on July 31, 2008; and

2) Based upon the Prove-Up Affidavit of Todd C. Ranson, Manager of Vendor Finance, The CIT Group/Equipment Financing, Inc. filed on August 14, 2008 and supporting documents, default judgment is entered for Plaintiff, The CIT Group/Equipment Financing, Inc., and against Defendants, B.E.S.C.R., Inc., an Illinois corporation, Elizabeth M. Eastwood, and Steven H. Artstein, in the amount of $274,477.43.

ORDER PREPARED BY:

Agata P. Karpowicz (ARDC #628032)
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (312) 251-1000

ENTERED: August, 20, 2008

_____
JUDGE